```
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____
JACK SHERMAN,

                              Plaintiff,

                                                    No. 9:08-CV-913
                   v.                                    (FJS/DRH)

SUPERINTENDENT, MOHAWK CORRECTIONAL
FACILITY,

                              Defendant.
_____
```

**APPEARANCES:**                          **OF COUNSEL:**

JACK SHERMAN
Plaintiff Pro Se
01-b-1061
Mohawk Correctional Facility
Post Office Box 8451
Rome, New York   13440


**FREDERICK J. SCULLIN, JR., Senior Judge**

## DECISION AND ORDER

The above-captioned matter having been presented to me by the Report-Recommendation of Magistrate Judge David R. Homer filed on December 3, 2008, and the Court having reviewed the Report-Recommendation and the entire file in this matter, and the plaintiff having advised the Court that he has no objections to said Report-Recommendation, the Court hereby

**ORDERS**, that the Report-Recommendation of Magistrate Judge David R. Homer filed December 3, 2008 is **ACCEPTED** in its

entirety, for the reasons stated therein, and the Court further

**ORDERS,** that plaintiff's petition is **DISMISSED** without prejudice, and the Court further

**ORDERS,** that the Clerk of the Court is to enter judgment in favor of defendant and **CLOSE** this case.

**IT IS SO ORDERED.**

DATED: December 18, 2008
       Syracuse, New York

_____
Frederick J. Scullin, Jr.
Senior United States District Court Judge